IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CITY OF RIVIERA BEACH GENERAL EMPLOYEES RETIREMENT SYSTEM, DORIS ARNOLD, ROOFERS LOCAL 149 PENSION FUND, MARSHA BLAKE, and B.W. LEWIS on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) ) | Civil Action No. 2:15-cv-821<br><br>United States District Judge<br>Mark R. Hornak |
| Plaintiffs, | ) ) | United States Magistrate Judge<br>Cynthia Reed Eddy |
| v. | ) ) | |
| MYLAN N.V., HEATHER BRESCH and ROBERT J. COURY, | ) ) ) | |
| Defendants. | ) ) | |

## MEMORANDUM ORDER

**Mark R. Hornak, United States District Judge**

On June 22, 2015, the above captioned case was filed in this Court and was referred to a Magistrate Judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules of Court for Magistrate Judges. Thereafter, the actions at 2:15-cv-941 and 2:15-cv-1539 were consolidated into this action. (ECF Nos. 38, 61).

On May 10, 2016, United States Magistrate Judge Cynthia Reed Eddy issued a Report and Recommendation (ECF No. 75) in which she recommended that Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Procedure (ECF No. 54) be granted; that the Consolidated Amended Class Action Complaint (ECF No. 39) be dismissed with prejudice; and that the remaining two pending motions – Plaintiffs' Motion for Partial Summary Judgment

(ECF No. 42) and Defendant Mylan N.V.'s Motion to Deny Summary Judgment (ECF No. 55 *errata* 56) – be denied as moot. Plaintiffs filed timely Objections to the Report and Recommendation (ECF No.76), and Defendants have filed timely Responses to such Objections, (ECF No. 77).

After a *de novo* review of the pleadings and documents in this case, together with the Report and Recommendation and Objections/ Responses thereto, the following Order is entered:

AND NOW, this 12th day of August, 2016, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss the Complaint (ECF No. 54) is **GRANTED** and the Consolidated Amended Class Action Complaint (ECF No. 39) is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Partial Summary Judgment (ECF No. 42) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Defendant Mylan N.V.'s Motion to Deny Summary Judgment (ECF No. 55 *errata* 56) is **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that the Report and Recommendation is adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this **CASE CLOSED**.

Mark R. Hornak
United States District Judge

cc: all ECF registered counsel